UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

In the matter of two infant children

ALEXANDRO NICOLAS BENCARDINO,

        Petitioner,         Case No.: 1:23:cv-21996-KMM

against

LILIANA ELENA BARRIOS CORTEZ

        Respondent.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Petitioner, ALEXANDRO NICOLAS BENCARDINO, and Respondent, LILIANA ELENA BARRIOS CORTEZ are interested in resolving the issues alleged in this action, and have negotiated in good faith for that purpose;

WHEREAS, the Parties wish to enforce the settlement agreement entered on June 19, 2023;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and/or their respective counsel as follows:

1. All claims by Petitioner against Respondent are dismissed with prejudice.

2. Each party is to bear its own costs and attorney's fees with respect to this legal action and entry of this Stipulation.

3. This So Ordered Stipulation embodies the entire agreement of the Parties in this matter.

Date: July 13, 2023

Respectfully submitted,

/s/ *David Constantino*  
David Constantino Esq.  
Florida Bar No. 0942081  
The Rock Law Group, P.A.  
1760 Fennell Street  
Maitland, FL 32751  
Telephone: (407) 647-9881  
Facsimile: (407) 647-9966  
pleadings@rocklawpa.com  
dconstantino@rocklawpa.com  
rvega@rocklawpa.com  
*Counsel for Petitioner Alexandro Nicolas Bencardino*

/s/ *Fiamma De Nardo*  
Fiamma De Nardo, Esq.  
N.Y. Bar No. 5464698  
424 East 11th Street Ste 19  
New York, New York  
P: (917) 348-8713  
fiammadenardo@gmail.com  

*Co-Counsel for Petitioner Alexandro Nicolas Bencardino*

*/s/Liliana Elena Barrios Cortez*  
Liliana Elena Barrios Cortez  
815 West 36th Street  
Hialeah, Florida 33012  
lilianabarrioscortez1980@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on the 13th day of July, 2023 via email transmission to Liliana Elena Barrios Cortez, 815 West 36th Street Hialeah, Florida 33012, lilianabarrioscortez1980@gmail.com.

Respectfully submitted,

/s/ *David Constantino*  
David Constantino Esq.  
Florida Bar No. 0942081  
The Rock Law Group, P.A.  
1760 Fennell Street  
Maitland, FL 32751  
Telephone: (407) 647-9881  
Facsimile: (407) 647-9966  
*Counsel for Petitioner, Alexandro Nicolas Bencardino*